FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 06, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN ROBERT DEMOS, JR.,<br><br>                    Petitioner,<br><br>        v.<br><br>ROBERT JACKSON,<br><br>                    Respondent. | No.   1:26-cv-3108-EFS<br><br>**ORDER OF DISMISSAL** |

Before the Court is Mr. Demos' Habeas Corpus Petition pursuant to 28 U.S.C. § 2254 and attachments consisting of 40 pages.[1] He seeks leave to proceed *in forma pauperis.*[2]

---

[1] ECF No. 1.

[2] ECF No. 2.

ORDER OF DISMISSAL -- 1

Although Mr. Demos purports to challenge a 1974 Yakima County conviction, he also challenges a King County conviction in his attached documents.[3] King County is in the Western District of Washington, while Yakima County is in the Eastern District of Washington.

The Court notes that the U.S. District Court for the Western District of Washington has directed the return without filing of any petition by Mr. Demos that seeks an extraordinary writ pursuant to 28 U.S.C. §§ 1651, 2253, or 2254, unless accompanied by the filing fee. *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997). Mr. Demos did not pay the filing fee. Therefore, the Court finds it would not be in the interests of justice to transfer this action to the Western District of Washington.

Further, "[a] petitioner who seeks relief from judgments of more than one state court must file a separate petition covering the

---

[3] ECF No. 1 at 11.

ORDER OF DISMISSAL -- 2

judgment or judgments of each court."[4] To the extent that Mr. Demos wishes to challenge multiple convictions, he must bring such challenges in separate petitions and in the appropriate court.

Having failed to comply with Habeas Rule 2(e), the Petition is **DISMISSED without prejudice** to appropriately filing separate habeas petitions in the appropriate courts.

Accordingly, **IT IS HEREBY ORDERED:**

1.    This action is **DISMISSED without prejudice.**

2.    Petitioner's application to proceed *in forma pauperis*, ECF No. 2, is **DENIED as moot.**

3.    The Court certifies that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability is therefore **DENIED.**

4.    The Clerk's Office shall **CLOSE** this file.

5.    The Clerk's Office is directed not to accept any documents for filing in this closed case, other than a Notice of Appeal or a pleading

---

[4] Rule 2(e), Rules Governing Section 2254 Cases in the United States District Courts (Habeas Rule 2(e)).

ORDER OF DISMISSAL -- 3

authorized by the Ninth Circuit, and shall discard any documents submitted.

IT IS SO ORDERED. The Clerk's Office is directed to file this order, enter judgment, and provide copies to Petitioner.

DATED this 6th day of July 2026.

_____
EDWARD F. SHEA
Senior United States District Judge

ORDER OF DISMISSAL -- 4