AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 07, 2026

SEAN F. McAVOY, CLERK

JOHN ROBERT DEMOS, JR.,

*Plaintiff*

v.

ROBERT JACKSON,

*Defendant*

)
)
)
)
)
)

Civil Action No.   1:26-cv-3108-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Petitioner's application to proceed in forma pauperis (ECF No. 2) is DENIED as moot.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   EDWARD F. SHEA _____

Date:   7/7/2026 _____

*CLERK OF COURT*

s/Sean F. McAvoy _____
*Signature of Clerk*